# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SCRAMOGE TECHNOLOGY LTD., | |
| Plaintiff, | Case No. 6:21-cv-00616-ADA |
| v. | JURY TRIAL DEMANDED |
| GOOGLE LLC, | |
| Defendant. | |

## PUBLIC EXHIBITS TO
## GOOGLE LLC'S OPPOSED MOTION TO TRANSFER VENUE TO THE
## NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404(a)

Date: September 22, 2021

Respectfully submitted,

By: */s/ Bijal V. Vakil*
J. Mark Mann
State Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
State Bar No. 24042033
blake@themannfirm.com
MANN | TINDEL | THOMPSON
201 E. Howard St.
Henderson, Texas 75654
(903) 657-8540
(903) 657-6003 (fax)

Bijal V. Vakil (CA Bar No. 192878)
(*admitted to the Western District of Texas*)
Allen & Overy LLP
530 Lytton Ave 2nd Floor
Palo Alto, CA  94301
Telephone: (650) 388-1650
Email:  googlescramoge@allenovery.com

Shamita Etienne-Cummings (CA Bar No. 202090)
(*admitted to the Western District of Texas*)
Allen & Overy LLP
1101 New York Avenue, NW
Washington, DC  20005
Telephone: (202) 683-3800
Email: googlescramoge@allenovery.com

COUNSEL FOR GOOGLE LLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 22, 2021, I electronically filed this document with the Clerk of Court via the Court's CM/ECF system, which will send notification of such filing to all counsel of record, all of whom have consented to electronic service in this action.

*/s/ Bijal V. Vakil*
Bijal V. Vakil