# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SCRAMOGE TECHNOLOGY LTD., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 6:21-cv-00616-ADA <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS CERTAIN CLAIMS WITH PREJUDICE AND CERTAIN CLAIMS WITHOUT PREJUDICE

WHEREAS Plaintiff Scramoge Technology Ltd. ("Plaintiff") and Defendant Google LLC ("Google") have resolved Plaintiff's claims for relief against Google LLC and Google's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Google, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Google with prejudice and Google's claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.


Dated: August 22, 2022

Respectfully submitted,

*/s/ Brett Cooper*

Brett E. Cooper (NY SBN 4011011)
bcooper@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Seth Hasenour (TX SBN 24059910)

shasenour@raklaw.com
Drew B. Hollander (NY SBN 5378096)
dhollander@raklaw.com
Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff Scramoge Technology Limited*

DATED:  August 22, 2022                 Respectfully submitted,

/s/ *Bijal V. Vakil*

J. Mark Mann
State Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
State Bar No. 24042033
blake@themannfirm.com
MANN | TINDEL | THOMPSON
201 E. Howard St.
Henderson, Texas 75654
(903) 657-8540
(903) 657-6003 (fax)

Bijal V. Vakil (CA Bar No. 192878)
(*admitted to the Western District of Texas*)
Allen & Overy LLP
550 High Street,  2nd Floor
Palo Alto, CA 94301
Telephone: (650) 388-1650
Email: googlescramoge@allenovery.com

Shamita Etienne Cummings (CA Bar No. 202090)
(*admitted to the Western District of Texas*)
Allen & Overy LLP
1101 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 683-3800
Email: googlescramoge@allenovery.com

*Counsel For Google LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record on August 22, 2022.

*/s/Brett Cooper*